# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              No. 4:14-cr-232-DPM-15

RONALD HEATH SWAIM                                           DEFENDANT

## ORDER

Motion, № 1092, granted. Forfeiture Allegations Three and Four in the

Superseding Indictment, № 136 at 33, are dismissed as to Swaim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 July 2017